**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 803 MAL 2018

         :    

        Respondent    : 

         :    Petition for Allowance of Appeal from

         :    the Order of the Superior Court

        v.          : 

         : 

         : 

DAVID BISCARDI-LUCAS,    : 

         : 

        Petitioner    : 

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.